**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ifeyhewen BADIDI, also known as Peter Weyee, Defendant–Appellant.**

No. 09–20873
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 21, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Kimberly S. Keller, Keller Law Firm, San Antonio, TX, for Defendant–Appellant.

imprisonment." *Robinson,* 542 F.3d at 1052 (quoting U.S.S.G. § 1B1.10 cmt. n. 1(B)(ii) and (iii)).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ifeyhewen Badidi has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Badidi has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.